# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA, | No. 2:17-CV-2479-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| E. HOROWITZ, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 15, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 15, 2019, are adopted in full;

2. Plaintiff's claims against defendants Joe A. Lizarraga, Medical Receiver, and C.C. Healthcare Services are dismissed; and

3. The Clerk of the Court is directed to terminate Joe A. Lizarraga, Medical Receiver, and C.C. Healthcare Services as defendants to this action.

Dated: July 10, 2019

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge