# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOROWITZ,<br><br>　　　　　Defendant. | No. 2:17-CV-2479-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions seeking an order directing defendants to respond to plaintiff's complaint (ECF Nos. 21 and 22). A review of the docket reflects that the court directed the United States Marshal to effect service of process on September 20, 2019. The docket does not, however, reflect that defendant has been served. Because defendant has not been served, there is no obligation to respond to plaintiff's complaint. For this reason, plaintiff's motions are denied.

　　　　　IT IS SO ORDERED.

Dated: January 2, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE