IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA, | No. 2:17-CV-2479-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| HOROWITZ, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for entry of default. See ECF No. 24. Plaintiff's motion is denied because, at the time plaintiff's motion was filed, defendant had not yet been served or waived service. See Fed. R. Civ. P. 55(a).

IT IS SO ORDERED.

Dated: February 13, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1