**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ETUATE SEKONA,<br><br>            Plaintiff,<br><br>     v.<br><br>E. HOROWITZ,<br><br>            Defendant. | No.  2:17-CV-2479-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 1, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 1, 2020, are adopted in full;

2. Defendant's motion to dismiss (ECF No. 26) is granted in part and denied in part;

3. Plaintiff's first claim of medical indifference relating to his 2014 concussion is dismissed with prejudice; and

4. This action shall proceed solely on the second claim that Defendant Dr. E. Horowitz denied plaintiff access to a cane or walker and further medical treatment.

DATED: October 6, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE