# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATA SEKONA, | No. 2:17-CV-2479-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| E. HOROWITZ, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On October 7, 2020, the District Judge issued an order granting in part and denying in part Defendant's motion to dismiss. See ECCF No. 33. The Court stated: "This action shall proceed solely on the second claim [of the original complaint] that Defendant Dr. E. Horowitz denied Plaintiff access to a cane or walker and further medical treatment." Id. Accordingly, Defendant shall file an answer to Plaintiff's complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: October 16, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE